UNITED STATES of America,
Plaintiff–Appellee

v.

Ejinardo BARAJAS–TINOCO, also
known as Ejinardo Tinoco–Ba-
rajas, Defendant–Appellant.

No. 07–51379
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 30, 2008.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office, Western
District of Texas, San Antonio, TX, for
Plaintiff–Appellee.

Federal Public Defender's Office, West-
ern District of Texas, San Antonio, TX, for
Defendant–Appellant.

Before REAVLEY, JOLLY, and
GARZA, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Ejinardo Barajas–Tinoco raises ar-
guments that are foreclosed by *Almenda-
rez–Torres v. United States,* 523 U.S. 224,
235, 118 S.Ct. 1219, 140 L.Ed.2d 350
(1998), which held that 8 U.S.C.
§ 1326(b)(2) is a penalty provision and not
a separate criminal offense. *United States
v. Pineda–Arrellano,* 492 F.3d 624, 625
(5th Cir.2007), *cert. denied,* —— U.S. ——,
128 S.Ct. 872, 169 L.Ed.2d 737 (2008).

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be

The Government's motion for summary af-
firmance is GRANTED, and the judgment
of the district court is AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee

v.

Luis Javier CISNEROS, Defendant–
Appellant.

No. 07–51365
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 30, 2008.

Joseph H. Gay, Jr., Assistant US Attor-
ney, U.S. Attorney's Office Western Dis-
trict of Texas, San Antonio, TX, for Plain-
tiff–Appellee.

Suite B–207, Federal Public Defender's
Office Western District of Texas, San An-
tonio, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and
GARZA, Circuit Judges.

published and is not precedent except under

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Luis Javier Cisneros raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* — U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Arturo QUINTANA–HOLGUIN,**
**Defendant–Appellant.**

**No. 07–51355**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 30, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Appeal from the United States District Court for the Western District of Texas, USDC No. 3:07–CR–1777–ALL.

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Arturo Quintana–Holguin raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* — U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.